UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Zarina Champagne,<br><br>   Plaintiff,<br>v.<br><br>Progressive Finance Holdings, LLC,<br><br>   Defendant. | Civil Action No.:  8:18-cv-01629-CEH-CPT |

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Zarina Champagne | Progressive Finance Holdings, LLC |
|---|---|
| ___/s/ Matthew Fornaro_____<br>Matthew Fornaro, Esq.<br>Florida Bar No. 0650641<br>Matthew Fornaro, P.A.<br>11555 Heron Bay Boulevard, Suite 200<br>Coral Springs, FL 33076<br>Telephone: (954) 324-3651<br>Facsimile: (954) 248-2099<br>E-mail: mfornaro@fornarolegal.com<br><br>Lemberg Law, LLC<br>43 Danbury Road<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Facsimile:  (203) 653-3424<br>Attorney for Plaintiff | _/s/ Jenny Nicole Perkins _____<br>Jenny Nicole Perkins, Esq.<br>Florida Bar No. 77570<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 864-8378<br>Facsimile: (215) 864-8999<br>perkinsj@ballardspahr.com<br>Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 21, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Matthew Fornaro

                 Matthew Fornaro