UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZARINA CHAMPAGNE,

    Plaintiff,

v.        Case No: 8:18-cv-1629-T-36CPT

PROGRESSIVE FINANCE HOLDINGS, LLC,

    Defendant.
_____/

# **O R D E R**

Before the Court is the parties' Stipulation of Dismissal (Doc. 17). In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulation of Dismissal is **APPROVED** (Doc. 17).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 21, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record